# Texas Civil Commitment Office
## Supervision Progress Report

- **Penile Plethysmograph (PPG):** Mr. Baiza submitted for a PPG on 10/14/22. The results displayed response to 6 of the 21 segments in the basic adult series and 6 of the 11 segments from the rape series of the Monarch 21 PPG.
- **Biennial:** Mr. Baiza's biennial was e-filed on 05/22/23; his next biennial is due May 2025.
- **Annual review:** Mr. Baiza's annual review is due April 2024.
- **Mental Health- Medication:** Mr. Baiza is not on the mental health caseload for medication.
- **Medical Information:** Mr. Baiza is having an issue with his right shoulder and bicep ; he is working with medical to address the issue.
- **Cost recovery:** Mr. Baiza is compliant with cost recovery at this time.
- **Parole/Probation:** Mr. Baiza is not on dual supervision.
- **Interaction with others:** Mr. Baiza participates, asks questions, is polite, helps others; no issues with the client on behalf of clinical therapist.
- **Employment Information:** Mr. Baiza is not employed; he is on the volunteer list.
- **Collaterals:** There are no pending collaterals at this time, however, he is having trouble contacting a few collaterals whom are already approved. .
- **Case Manager (CM):** CM had no supervision issue with the client during the review period.
- **GPS Charge History:** Mr. Baiza is no longer on GPS monitoring.
- **Education:** Mr. Baiza does have a GED.
- **Cell Phone:** Mr. Baiza is not eligible for a cell phone at this time.

_[signature]_
Client Signature-I have received a copy of this report

8-14-23
Date

# Texas Civil Commitment Office
## Supervision Progress Report

- **Penile Plethysmograph (PPG):** Mr. Baiza submitted for a PPG on 10/14/22. The results displayed response to 6 of the 21 segments in the basic adult series and 6 of the 11 segments from the rape series of the Monarch 21 PPG.
- **Biennial:** Mr. Baiza's biennial was e-filed on 05/22/23; his next biennial is due May 2025.
- **Annual review:** Mr. Baiza's annual review is due April 2024.
- **Mental Health- Medication:** Mr. Baiza is not on the mental health caseload for medication.
- **Medical Information:** Mr. Baiza is having an issue with his right shoulder and bicep; he is working with medical to address the issue.
- **Cost recovery:** Mr. Baiza is compliant with cost recovery at this time.
- **Parole/Probation:** Mr. Baiza is not on dual supervision.
- **Interaction with others:** Mr. Baiza participates, asks questions, is polite, helps others; no issues with the client on behalf of clinical therapist.
- **Employment Information:** Mr. Baiza is not employed; he is on the volunteer list.
- **Collaterals:** There are no pending collaterals at this time, however, he is having trouble contacting a few collaterals whom are already approved.
- **Case Manager (CM):** CM had no supervision issue with the client during the review period.
- **GPS Charge History:** Mr. Baiza is no longer on GPS monitoring.
- **Education:** Mr. Baiza does have a GED.
- **Cell Phone:** Mr. Baiza is not eligible for a cell phone at this time.

_____
Client Signature-I have received a copy of this report

_____8-14-23_____
Date

Dist: Case Manager File
Client
Scan to CSS

Page 2 of 2

TCCO-24-16
Rev. 07/01 2020

| AMB HEALTHCARE CENTER | 1500 S SUNSET | LITTLEFIELD | TX 79339 |
|---|---|---|---|

**RECORD OF ADMISSION**

| EXPECT DATE | CITIZENSHIP | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/15/23 | | | | | | | | |

| PATIENT NAME | ROOM NO. | HOSP. NO. | ADDRESS LINE – 1 | | ADDRESS LINE – 2 |
|---|---|---|---|---|---|
| AIZA TIMOTHY | | 384595 | 2600 S SUNSET | | |

| AGE | BIRTHDATE | SEX | BIRTHPLACE | CITY | STATE | ZIP CODE | COUNTY CODE |
|---|---|---|---|---|---|---|---|
| 43 | 12/19/1979 | M | | LITTLEFIELD | TX | 79339 | 107 |

| SSAN | NATIONALITY | CIVIL ST. | MILITARY | RELIGION | CHURCH | PATIENT TELEPHONE |
|---|---|---|---|---|---|---|
| 51754498 | H | | | | | 806-485-7002 |

| | NAME OF HUSBAND OR NAME OF WIFE | SPOUSE BIRTHPLACE | SPOUSE EMPLOYER NAME |
|---|---|---|---|
| SPOUSE INFORMATION | | | |
| | SPOUSE ADDRESS | | SPOUSE EMPLOYER ADDRESS |

| NAME OF FATHER | BIRTHPLACE | NAME OF MOTHER | BIRTHPLACE |
|---|---|---|---|
| | | | |

| NOTIFY IN CASE OF EMERGENCY | NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| | TEXAS CIVIL COMMITMENT | OTHPART | 2600 S SUNSET A LITTLEF TX | 806-485-8100 |

| PATIENT EMPLOYER NAME | EMPLOYER ADDRESS | EMPLOYER TELEPHONE | GUARANTOR OCCUPATION |
|---|---|---|---|
| NEMPLOYED | | | |

| GUARANTOR NAME | GUARANTOR TELEPHONE | HOSPITALIZATION INSURANCE |
|---|---|---|
| EXAS CIVIL COMMITMENT | 806-485-8100 | TEXAS CIVIL COMMITME BAIZA TIMOTHY |

| GUARANTOR ADDRESS – 1 | CITY |
|---|---|
| 600 S SUNSET AVE | LITTLEFIELD |

| GUARANTOR ADDRESS – 2 | STATE | ZIP CODE | DATE | TIME | PLACE | EVENT | INJURY DUE TO ACCIDENT |
|---|---|---|---|---|---|---|---|
| | TX | 79339 | | | | | |

| ATTENDING PHYSICIAN | CONSULTING PHYSICIAN | ADMITTING SERVICE | SMOKER | ADMITTING DIAGNOSIS |
|---|---|---|---|---|
| ROSELOW R | | X-RAY | 3 | MRI |

| ALLERGIES | DATE LAST ADM. | PREV. ADM. NO. | ADMISSION DATE | TIME OF ADMISSION | INITIALS | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| o Kn | 10/04/23 | 383142 | 11/15/23 | 10:27 AM | KLW | 111523 |

| FINANCIAL CLASS | MEDICAL RECORDS NUMBER | ADMISSION CODE | ROOM | SHORT TERM HOSPITAL | SKILLED NURSING FACILITY | INTERMEDIATE CARE FACILITY | CANCER/CHILD HOSP | HOME HEALTH AGENCY | LEFT AMA | EXP | OTHER | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 30047567 | 11/EMER | 1 | | | | | | | | | 10:27 AM |

PRINCIPAL DIAGNOSIS:                                  ADVANCE DIRECTIVE = N      CODE

SECONDARY DIAGNOSIS:



PRINCIPAL OPERATION/DATE:



SECONDARY OPERATIONS:



Consultation With _____

Results: ☐ Recovered   ☐ Improved   ☐ Not Improved   ☐ Not Treated   ☐ Diagnosis Only   ☐ Died   ☐ Released Against Advice

Cause of Death _____   Autopsy: ☐ Yes   ☐ No

I have examined and approved this complete medical record on _____ 20___

Signed _____ Attending Physician

ADMISSION – SUMMARY SHEET

Pg 59

```
                         LAMB HEALTHCARE CENTER
                         LITTLEFIELD, TX 79339

---------NAME----------  NUMBER  SEX AGE  ADMIT    DISC.    XRAY#     F/C  TYPE
BAIZA TIMOTHY            384595   M   43 11/15/23 11/15/23 3004756TB       O/P
  DATE OF BIRTH: 12/19/1979    M/R# 30047567     PH#: 806-485-7002   RM

  LOCATION:                               TRANSCRIBED: 11/16/23       57 0
  MRI SHOULDER RT W/O DYE 73221 73221      COMPLETED:11/15/23 10:40 AMM 66181
  {REASON FOR PROCESS:  STATUS OF TENDONS AND BICEP QUALTIY .

  PHYSICIAN: BROSELOW R
```

## RADIOLOGY REPORT

MRI SHOULDER RT W/O DYE 73221

CLINICAL HISTORY:   Right shoulder pain. Status of tendons and biceps quality.

COMPARISON:  None

TECHNIQUE: Multisequential and multiplanar images of the right shoulder were submitted for review without contrast.

FINDINGS:
TENDONS AND MUSCLES:

Mild supraspinatus and infraspinatus insertional tendinosis without surface fraying or focal tear.  No supraspinatus or infraspinatus muscle edema or atrophy.  The rotator cuff interval is within normal limits.

Mild superior subscapularis tendinosis without surface fraying or focal tear. No subscapularis muscle edema or atrophy.

==**Significantly attenuated biceps tendon in the bicipital groove with no healthy remnant in the intra-articular segment.**==
The teres minor muscle demonstrates no edema or atrophy.

The deltoid muscle is within normal limits in signal without edema or atrophy.

LABRUM:

The anterior superior labrum is attenuated likely Buford complex. Rest of the labrum is grossly intact.

OSSEOUS STRUCTURES:

The acromioclavicular joint is well approximated and demonstrates mild

1

Pg 60.

osteoarthrosis with lateral clavicular subchondral edema.

Bone marrow signal is otherwise within normal limits without bone contusion, fracture or AVN.

SOFT TISSUES:

There is no glenohumeral joint effusion.

There is no periarticular bursitis.

There are no intraarticular osteochondral bodies.

There are no soft tissue masses.  Normal subcutaneous adipose space.

IMPRESSION:
1.  Mild supraspinatus, infraspinatus and subscapularis tendinosis without discrete tear.
2.  No any intra-articular biceps tendon remnant.

_____
Signature:

Electronically Signed by MCDONALD, PHILIP B. MD at 16-Nov-2023 12:57:25 AM

Thank you for letting us take part in this patient's care


Electronically Signed By:
DCTNAME, RADCRED
Date/Time: SIGNDATE

```
                       LAMB HEALTHCARE CENTER
                        LITTLEFIELD, TX 79339

  ---------NAME---------  NUMBER  SEX AGE   ADMIT     DISC.   XRAY#    F/C   TYPE
  BAIZA TIMOTHY            384595  M   43  11/15/23 11/15/23 3004756TB        O/P
    DATE OF BIRTH: 12/19/1979   M/R# 30047567    PH#: 806-485-7002    RM

    LOCATION:                              TRANSCRIBED: 11/15/23 20:52 0
    MRI UPPER EXT NON JOINT RT W/O73218    COMPLETED:11/15/23 10:40 AMM 66182

    PHYSICIAN: BROSELOW R
```

## RADIOLOGY REPORT

MRI UPPER EXT NON JOINT RT W/O 73218

CLINICAL HISTORY:   Elbow pain

COMPARISON:  None

TECHNIQUE: Multi-sequential and multiplanar images of the elbow were submitted for review without contrast.

FINDINGS:
The common flexor tendons are intact without tendinosis or peritendinitis.
Normal ulnar collateral ligamentous complex.
The common extensor tendons are intact without tendinosis or peritendinitis.
Intact radial collateral ligament and lateral ulnar collateral ligament.? Intact annular ligament.
Intact biceps tendon with a normal attachment on the radial bicipital tuberosity, without tendinosis.? There are no peritendinous fluid collections or inflammation.?
Intact brachialis tendon without tendinosis
The triceps tendon is unremarkable.?
Bone marrow signal is within normal limits without bone contusion, fracture or AVN.
Well-preserved articular cartilage without focal defect or osteochondral lesion.
The cubital tunnel is within normal limits, without evidence of ulnar nerve entrapment or compressive neuropathy.? Normal epicondylo-olecranon ligament (Osborne's ligament). There is no anconeus epitrochlearis.
The radial and median nerves are within normal limits without entrapment or compressive neuropathy.?
The antebrachial fascia and muscles of the elbow are normal without mass, strain or hematoma.

IMPRESSION:
1. No obvious or significant abnormality detected in the present study.

1



Signature:

Electronically Signed by MCDONALD, PHILIP B. MD at 15-Nov-2023 08:52:27 PM

Thank you for letting us take part in this patient's care



Electronically Signed By:
DCTNAME, RADCRED
Date/Time: SIGNDATE

2

Pg 63.

# Lamb Healthcare Center

1500 S. SUNSET AVE * LITTLEFIELD, TEXAS 79339 806-385-6411

## IMAGING REPORT
IMAGES MAY BE VIEWED AT garvish.com UP TO 30 DAYS FROM REPORT DATE

| PATIENT NAME | DATE OF BIRTH | SEX | X-RAY NUMBER |
|---|---|---|---|
| TIMOTHY BAIZA | 12/19/1979 | Male | 30047567 |
| REFERRING PHYSICIAN<br>BROSELOW ROBERT J MD | | | DATE OF SERVICE |

MRI of the right proximal arm was provided for previous trauma and pain.

Impression:

Long head of the biceps tendon is appropriately positioned within intertubercular groove, with some suspected thinning and possibly partial tear.

Edema-like changes at the acromioclavicular joint, with mild to moderate arthritic changes. Suspected tendinopathy within supraspinatus tendon. No definite rotator cuff tear. Overall, shoulder is limited in evaluation due to large field-of-view. Consider dedicated shoulder MRI if there is related clinical concern.

*signature*

Dr. Anatoliy Nekoz

Pg 64.

## Provider Progress/Narrative Note

**Type of Note:**
☑ Narrative

### Narrative

**Narrative Note:**

Wt   166   (down 4 lbs from September) ...Wt was 171 in June 2023....   BP   105/85   P   90   16   Temp 97.8   02   92   Pt has gone over MRI report with Dr Jooshi and I reviewed it today....Dr Joshi told the patient he was going to refer him to another orthopedic surgeon who specializes in sports injuries.   We have not as yet received the report from Dr Joshi....

### Plan

**Follow-up:**
☑ Follow-up w/ MD

   **Follow-up w/ MD in:**
   ☑ 30 Days

**Medication:**
NO ANSWER PROVIDED

**Vital(s)/Treatment(s) being ordered:**
NO ANSWER PROVIDED

**Order Labs:**
NO ANSWER PROVIDED

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
NO ANSWER PROVIDED

**Order Immunization(s):**
NO ANSWER PROVIDED

**Order Outside Referrals/Consults:**
NO ANSWER PROVIDED

**Interpreter:**
☑ No

---

**Provider Progress/Narrative Note**
SOAP note Providers

Patient Name: BAIZA, TIMOTHY
Patient Number: 05904482
Location: E2-5-1T
DOB: 12/19/1979
Facility: TEXAS CIVIL COMMITMENT CENTER
Electronically Signed By BROSELOW, ROBERT on 12/01/2023 10:43:07

Pg. 65.

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 12/01/2023 10:43:07 |

**Provider Progress/Narrative Note**
SOAP note Providers

Patient Name: BAIZA, TIMOTHY
Patient Number: 05904482
Location: E2-5-1T
DOB: 12/19/1979
Facility: TEXAS CIVIL COMMITMENT CENTER
Electronically Signed By BROSELOW, ROBERT on 12/01/2023 10:43:07

2 of 2

Pg 66

## Provider Progress/Narrative Note

**Type of Note:**
☑ Narrative

### Narrative

**Narrative Note:**

f/up post visit with ortho for right shoulder pain/right arm deformity.

Pt injured his shoulder more than 8 months ago; He slipped and fell (supported his weight with his right hand). He heard a "pop "sound when he fell.

Right shoulder pain is tolerable. Mobic helping with pain.

MRI right shoulder showed No rotator cuff tear, and tendonitis.

MRI right arm showed bicep tendon partial tear.

Per Dr. Joshi, surgery is not indicated (cosmetic deformity).

### Plan

**Follow-up:**
☑ No Follow-up needed at this time

**Medication:**
NO ANSWER PROVIDED

**Vital(s)/Treatment(s) being ordered:**
NO ANSWER PROVIDED

**Order Labs:**
NO ANSWER PROVIDED

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
NO ANSWER PROVIDED

**Order Immunization(s):**
NO ANSWER PROVIDED

**Order Outside Referrals/Consults:**
NO ANSWER PROVIDED

**Interpreter:**
☑ No

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| NKULE, MYRA, NP | 12/05/2023 10:32:03 |

---

**Provider Progress/Narrative Note**
SOAP note Providers

Patient Name: BAIZA, TIMOTHY
Patient Number: 05904482
Location: E2-5-1T
DOB: 12/19/1979
Facility: TEXAS CIVIL COMMITMENT CENTER
Electronically Signed By NKULE, MYRA on 12/05/2023 10:32:03

1 of 1

Pg. 67.

Timothy Baiza
Texas Civil Commitment Center
2600 S. Sunset Ave
Littlefield, TX 79339



LEGAL MAIL

RECEIVED
MAY - 8 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Envelope No. 2. 5-4-24
U.S.D.C. N.D. Tex.
Office of the Clerk
1205 Texas Ave. Room 209
Lubbock, Texas 79401

RECEIVED
MAY 6 2024
BY:_____