# EXHIBITS

**PAGES 1 – 67.**

Cited in the complaint as (**Ex. pg. 1. – ex. pg. 67.**)

Management & Training Corporation
Texas Civil Commitment Center

## SICK·CALL REQUEST

| | RECEIVED |
|---|---|
| Date/Time: | |
| Initials: | |

| Client Name: Timothy Baiza | | | Date Submitted: 12-12-2022 |
|---|---|---|---|
| Client ID: 05904482 | Housing: E-2 | Work Location: | Volunteer |
| Treatment Schedule: Tuesday-Thursday 8-11AM | | Work Schedule: | 3pm-7pm Tues-Friday |

### SERVICES REQUESTED

| [X] Medical | Dental | Prescription Refill | Other (specify): |
|---|---|---|---|

Reason for Request: I injured my shoulder Playing handBall Now I having A bad pain in my right shoulder That is getting worse

### DO NOT WRITE BELOW THIS LINE

### TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 12/13/22 | Screening Time: 1040 | Nurse Initial: SB | Routine   Urgent |
|---|---|---|---|

### ACTION TAKEN BY MEDICAL (initial in box)

| X | Written response (see below) | X | Referred to provider | | Client refused tx-form completed | | Prescription refill ordered: Date: |
|---|---|---|---|---|---|---|---|
| X | Seen by nurse | | Seen by provider | | Offsite provider appointment scheduled this date: Type of provider: | | |

Response to client or Nursing comments:

Pt has been taking tylenol & Ibuprofen, Not helping. Cannot Lift arm past 30°. Referring to provider.

| Nurse Print/Sign: J. Curtis RN | Date: 12/18/22 |
|---|---|

| Provider comments: | |
|---|---|
| | |
| | |
| | |
| | |

| Provider Print/Sign: | Date: |
|---|---|

Pg 1.

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| RECEIVED |
|---|
| Date/Time: |
| Initials: |

| Client Name: Timothy Baiza | | Date Submitted: 1-3-23 |
|---|---|---|
| Client ID: 05904482 | Housing: E-2 | Work Location: NA |
| Treatment Schedule: Tues; Wed; 8 AM - 11.15 AM | | Work Schedule: NA |

### SERVICES REQUESTED

| X Medical | Dental | Prescription Refill | Other (specify): |
|---|---|---|---|

Reason for Request: It's Boing on 3 wk's And I still haven't seen the provider for my right shoulder. I'm in serious pain. what do I have to do to see and get X-Rays for my shoulder I already seen the Nurse Like 5 wk's ago. Thank you for your Time.

### DO NOT WRITE BELOW THIS LINE

#### TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 1|3|23 | Screening Time: 1045 | Nurse Initial: UM | Routine  Urgent |
|---|---|---|---|

### ACTION TAKEN BY MEDICAL (initial in box)

| Written response (see below) | | X Referred to provider | | Client refused tx-form completed | | Prescription refill ordered: Date: |
|---|---|---|---|---|---|---|
| Seen by nurse | | Seen by provider | | Offsite provider appointment scheduled this date: Type of provider: | | |

Response to client or Nursing comments:

Chronic issue.

Nurse Print/Sign: J. _____ RN        Date: 1/3/23

Provider comments:

Pt seen   X-ray (R) shoulder ordered

Provider Print/Sign: Myra Plotner, ___ ___ ___
Nurse Practitioner        Date: 1|4|23

Pg.2.

Management & Training Corporation
Texas Civil Commitment Center

*Copy*

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

| Client Name: Timothy Baiza | | | Date Submitted: 1/15/22 |
|---|---|---|---|
| Client ID: 05904462 | Housing: E-2 | Work Location: | |
| Treatment Schedule: | | Work Schedule: | |

### SERVICES REQUESTED

| Medical | Dental | Prescription Refill | Other (specify): |
|---|---|---|---|

Reason for Request: Previously, I was examined + X-ray'ed on my right shoulder. However, I recently slipped in the laundry area and when I caught myself, I heard a snap. I now now can't lift my arm very much and it's continuously hurts. Please help!

### DO NOT WRITE BELOW THIS LINE

### TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 1/17/23 | Screening Time: 0839 | Nurse Initial: LM | (Routine)  Urgent |
|---|---|---|---|

### ACTION TAKEN BY MEDICAL (initial in box)

| √ | Written response (see below) | X | Referred to provider | | Client refused tx-form completed | | Prescription refill ordered: Date: |
|---|---|---|---|---|---|---|---|
| X | Seen by nurse | | Seen by provider | | Offsite provider appointment scheduled this date: Type of provider: | | |

Response to client or Nursing comments:

Referred to Provider Chronic care. Note in Sapphire.

Nurse Print/Sign: J. Cineto  RN                Date: 1/19/23

Provider comments:

Provider Print/Sign:                Date:

Pg. 3

*Copy*

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| RECEIVED |
|---|
| Date/Time: |
| Initials: |

Client Name: Timothy Baiza
Client ID: 05904482   Housing: E
Date Submitted: 2-14-2023
Treatment Schedule: Tues & Thurs 8-11.15 AM   Work Location: N/A   Work Schedule: N/A

### SERVICES REQUESTED

[X] Medical   [ ] Dental   [ ] Prescription Refill   [ ] Other (specify):

Reason for Request: Dr. Barslow: The 600 I-buprofen and 650 Tyleona are not helping I am in server pain in my right shoulder. Please Help.

### DO NOT WRITE BELOW THIS LINE
#### TO BE COMPLETED BY MEDICAL STAFF

Screening Date: 2/16/23   Screening Time: 15:40   Nurse Initial: JC   (Routine)   Urgent

#### ACTION TAKEN BY MEDICAL (initial in box)

| [X] Written response (see below) | [X] Referred to provider | [ ] Client refused tx-form completed | [ ] Prescription refill ordered: Date: |
|---|---|---|---|
| [ ] Seen by nurse | [ ] Seen by provider | [ ] Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments:

Referred to provider for chronic care

Nurse Print/Sign: J. Curelo   RN   Date: 2/16/23

Provider comments:

Sick Call Completed   J Kaufman, RN

Provider Print/Sign: Bigelow   Date: 2/20/23

Pg. 4

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
| --- | --- |
| | Date/Time: |
| | Initials: |

| | |
| --- | --- |
| Client Name: _Timothy BAi2A_ | Date Submitted: _3/12/23_ |
| Client ID: _0590448_ | Housing: _E-2_ | Work Location: |
| Treatment Schedule: | Work Schedule: |

### SERVICES REQUESTED

| X Medical | Dental | Prescription Refill | Other (specify): |
| --- | --- | --- | --- |

Reason for Request: _I would like to know the status of the request for an MRI on my shoulder and bicept. Also, the Cymbulta you gave me isn't working at all._

------------------------------------------------------------

## DO NOT WRITE BELOW THIS LINE

### TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: _3/13/23_ | Screening Time: _085_ | Nurse Initial: _SS_ | Routine   Urgent |
| --- | --- | --- | --- |

### ACTION TAKEN BY MEDICAL (initial in box)

| | | | |
| --- | --- | --- | --- |
| Written response (see below) | Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
| Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments:

_MRI is pending scheduling._

| Nurse Print/Sign: _J. Condo RN_ | Date: _2/13/23_ |
| --- | --- |

Provider comments:

SCANNED

| Provider Print/Sign: | Date: |
| --- | --- |

_Pg. 5_

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

Client Name: _Timothy Baiza_    Date Submitted: 4-27-23

Client ID: 0590448.2    Housing: E-2    Work Location: NA

Treatment Schedule: Tues & Thur 830    Work Schedule: NA

### SERVICES REQUESTED

| [X] Medical | Dental | Prescription Refill | Other (specify): |
|---|---|---|---|

Reason for Request: I Please Need to see the Provider
because, I am still in Pain with a Torn bicep
and Torn Rotater cup on my right arm and shoulder
Please Help Thank you for your Time. T.B.

DO NOT WRITE BELOW THIS LINE

TO BE COMPLETED BY MEDICAL STAFF

Screening Date: 4/28/23    Screening Time: 1120    Nurse Initial: AB    Routine  Urgent

ACTION TAKEN BY MEDICAL (initial in box)

| Written response (see below) | X | Referred to provider | | Client refused tx-form completed | | Prescription refill ordered: Date: |
|---|---|---|---|---|---|---|
| Seen by nurse | | Seen by provider | | Offsite provider appointment scheduled this date: Type of provider: | | |

Response to client or Nursing comments:
Referred to provider for chronic care

SCANNED

Nurse Print/Sign: _J. Credo RN_    Date: 5/2/05

Provider comments:
Saw Dr. Boroselow regarding
this on 4/28/23 @ 11:45 am

Provider Print/Sign: _KM RN_    Date: 5/3/23

Pg.6.

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

Client Name: T. Mothy Baiza

Client ID: 05904982   Housing: E-2   Work Location:

Treatment Schedule: Friday @ 12:30 pm   Work Schedule: N/A

Date Submitted: 6-~~21~~-23   6-22-23

### SERVICES REQUESTED

| Medical | Dental | Prescription Refill | Other (specify): |
|---|---|---|---|

Reason for Request: I. Please Need to see the provider about my pain in my bicep and shoulder I'm no longer taking the (Cymbalta 90 mg) I was getting side efects from it. Please Help. Thank you

### DO NOT WRITE BELOW THIS LINE

TO BE COMPLETED BY MEDICAL STAFF

Screening Date: 6/28/23   Screening Time: 0900   Nurse Initial: SB   Routine   Urgent

### ACTION TAKEN BY MEDICAL (initial in box)

| (✓) Written response (see below) | (✓) Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
|---|---|---|---|
| Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments:
Ongoing issue - resident is on the approved Orthopedic Specialist. resident requesting a new med (Meloxicam) - fwd to provider.

Nurse Print/Sign: N Wood LVN / R Mcleod rn   Date: 6/24/23

Provider comments:
- Sick call Complete

Provider Print/Sign: B. Rose(mr) _____ (illegible)   Date: 6/28/23

Pg 7

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| | RECEIVED |
|---|---|
| | Date/Time: |
| | Initials: |

Date Submitted: 7-20-23

Client Name: T. Mothy Baar

Client ID: 28104452   Housing: E-2   Work Location: n/a   Work Schedule: n/a

Treatment Schedule: Mon-Fri 12 pm

### SERVICES REQUESTED

[X] Medical   [ ] Dental   [X] Prescription Refill   [ ] Other (specify):

Reason for Request: I please need to see the provider to get the 15mg on the pain meds Im taking to see If I can get a stronger Dosage. Thank you for your Time → Meloxican 15mg

### DO NOT WRITE BELOW THIS LINE

### TO BE COMPLETED BY MEDICAL STAFF

Screening Date: 7/21/23   Screening Time: 0830   Nurse Initial: ___   (Routine)   Urgent

### ACTION TAKEN BY MEDICAL (initial in box)

| Written response (see below) | [X] Referred to provider | Client refused tx-form completed | Prescription refill ordered: Date: |
|---|---|---|---|
| Seen by nurse | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | |

Response to client or Nursing comments: Refered to provider for possible med change

Date: 7/21/23

Nurse Print/Sign: J Cisdo RN

Provider comments: Sick Call complete

Date: 7/31/23

Provider Print/Sign: Broselaw / Grisel

Pg. 8.

Management & Training Corporation
Texas Civil Commitment Center

## SICK CALL REQUEST

| RECEIVED |
|---|
| Date/Time: |
| Initials: |

| Client Name: TiMothY Bai2a | | | Date Submitted: 9-5-23 |
|---|---|---|---|
| Client ID: 0590 4482 | Housing: E-2 | Work Location: N/A | |
| Treatment Schedule: Tues-Thurs 8-11:15 | | Work Schedule: N/A | |

SERVICES REQUESTED

| Medical | Dental | Prescription Refill | ✓ Other (specify): Keeping you posted |
|---|---|---|---|

Reason for Request: I'm writing to touch base w/ the medical department. I went out today & seen the orthopedic doctor & he told me he'd be recommending an order be put in for an MRI, we did the X-ray today so please let me know when I'll be scheduled for → DO NOT WRITE BELOW THIS LINE the MRI please

TO BE COMPLETED BY MEDICAL STAFF

| Screening Date: 9/6/23 | Screening Time: 1025 | Nurse Initial: SH | Routine   Urgent |
|---|---|---|---|

ACTION TAKEN BY MEDICAL (initial in box)

| | Written response (see below) | | Referred to provider | | Client refused tx-form completed | | Prescription refill ordered: Date: |
|---|---|---|---|---|---|---|---|
| | Seen by nurse | | Seen by provider | Offsite provider appointment scheduled this date: Type of provider: | | | |

Response to client or Nursing comments: You have a followup already scheduled to see provider about this issue.

Nurse Print/Sign: MayR RN F Delgado RN          Date: 9-6-23

Provider comments:

Provider Print/Sign:          Date:

Pg. 9

MTC Management & Training Corporation
A Leader in Social Impact

Texas Civil Commitment Center
Client Communication Form

**Type of Communication**

☐ REQUEST FOR COPIES/RECORDS
☐ REQUEST FOR PROPERTY
☒ OTHER Specify: _Ms. T Graves - H.S.A._

NAME: _Timothy Baiza_   DATE: _12/5/23_   TCCC# _059044_   UNIT: _E-2_

Client write request in this box: I would like to have a face to face meeting w/you A.S.A.P. Concerning the overt differences in what the Ortho. Specialist And or N.P. have to say About Repairing my damaged Right torn bicept.
  Thank you for your time.

Client Signature: _[signature]_   Date: _12/5/23_

Date Communication received: _____

Staff Response to request:
All I can go off of is Specialist and Dr. notes. They are the providers and we will follow their recommendations

Staff Signature: _Torres_   Staff Name Printed: _Torre_
Staff Title: _HSA_   Date: _12/13/2023_

Pg. 10.

**BAIZA, TIMOTHY**  #05904482

**DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

Provider Progress/Narrative Note

**Type of Note:**
☑ SOAPE

## Subjective

**Subjective Data (what is the patient being seen for):**

C/O right shoulder pain x5 weeks. He injured his right shoulder while playing basketball (he swung too hard and head a "popped" noise from affected shoulder)

**Is patient experiencing pain:**
☑ Yes

**Pain Scale:**
☑ 5

**Aggravating Factors:**
movement

**Alleviating Factors:**
rest, ibuprofen

**Does the pain radiate:**
☑ No

## Objective

**Did patient Refuse vitals:**
☑ No vitals Refused

### Vital Signs

| Temperature: | Respiratory: | Weight: |
|---|---|---|
| 97.4 | 20 | 173 |
| Pulse: | Blood Pressure: | O2 Sats: |
| 77 | 114/75 | 98 |

**General:**
well appearing, No acute distress

**Pulmonary:**
CTAB

**Abdomen:**

---

**Provider Progress/Narrative Note**

SOAP note Providers

Patient Name: BAIZA, TIMOTHY
Patient Number: 05904482
Location: E2-5-1T
DOB: 12/19/1979
Facility: TEXAS CIVIL COMMITMENT CENTER
Electronically Signed By NKULE, MYRA, NP on 01/04/2023 10:05:18

Pg 11.

Soft , non-tender

**Extremities:**

tenderness and decrease ROM to right shoulder

**Neurological:**

2-12 grossly intact

**Current Medications:**

None

## Assessment

**Assessment (Diagnosis):**

Right shoulder pain

## Plan

**Plan:**

3 V right shoulder

avoid high impact activities to right shoulder.

take ibuprofen prn for pain. Notify HCP is symptoms get worse

**Follow-up:**
☑ No Follow-up needed at this time

**Vital(s)/Treatment(s) being ordered:**
☑ No

**Order Labs:**
☑ No

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
☑ Yes

**Order Immunization(s):**
☑ No

**Order Outside Referrals/Consults:**
☑ No

## Education

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 01/04/2023 10:05:18 

2 of 3

BAIZA, TIMOTHY  #05904482                                    **DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

**Education Provided:**

☑ Diet   ☑ Diet, Weight Loss, Exercise   ☑ Medication   ☑ Disease Process   ☑ Risk Factors and Reducers

☑ Signs and Symptoms to Report

**Interpreter:**

☑ No

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| NKULE, MYRA, NP | 01/04/2023 10:05:18 |

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 01/04/2023 10:05:18

3 of 3

**BAIZA, TIMOTHY**  #05904482                                      **DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

## Chronic Care Clinic

**Date:**
02/23/2023

**Did patient refuse or not show up for Chronic Clinic appointment:**
☑ Patient is Present

    **Type(s) of Chronic Care Clinic(s):**
    ☑ General Medicine

        **Type of General Medicine Clinic:**
        ☑ Other

        **Other General Medicine Diagnosis:**
        right shoulder pain

    **Allergies:**
    NO KNOWN DRUG ALLERGY

    **Current Medications:**
    ACETAMINOPHEN 325MG TAB – [TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY AS NEEDED FOR PAIN] – 2023-01-23–2023-03-23
    IBUPROFEN 200MG TABLET – [TAKE 3 TABLET(S) ORALLY THREE TIMES DAILY AS NEEDED FOR PAIN] – 2023-01-23–2023-03-23

### Subjective

**History of Present Illness/Illnesses:**
Still has right shoulder pain. Slipped and fell after my last appointment with patient.

### Review of Systems

**General:**
☑ No Fever   ☑ No Weakness   ☑ No Fatigue   ☑ No Recent Weight Change

**Skin:**
☑ No Dryness   ☑ No Ulcer   ☑ No Rash   ☑ No Itching   ☑ No Skin Breaks

**Eyes:**
☑ No Visual Changes   ☑ No Pain   ☑ No Redness   ☑ No Itching   ☑ No Tearing

**HENT:**
☑ No Swollen Glands   ☑ No Ear Pain   ☑ No Sore Throat   ☑ No Congestion

**Respiratory:**
☑ No Dyspnea   ☑ No Cough   ☑ No Wheezing   ☑ No Hemoptysis

**Cardiovascular:**
☑ No Chest Pain   ☑ No Palpitation   ☑ No Orthopnea   ☑ No Peripheral Edema

**Gastrointestinal:**

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 02/23/2023 16:22:27

BAIZA, TIMOTHY  #05904482

**DOB:** 12/19/1979 (43y)  **Location:** E2-5-1T

✔ No Nausea   ✔ No Vomiting   ✔ No Abdominal Pain   ✔ No Diarrhea   ✔ No Constipation   ✔ No Heartburn

**Genitourinary:**

✔ No Dysuria   ✔ No Change in Urine Stream

**Additional Comments on Musculoskeletal Review:**

right shoulder pain, limited ROM right shoulder

**Neurologic:**

✔ No Headache   ✔ No Numbness   ✔ No Weakness   ✔ No Memory Changes   ✔ No Dizziness

✔ No Pins and Needles   ✔ No Vertigo

**Hematologic:**

✔ No Easy Bleeding   ✔ No Easy Bruising

**Endocrine:**

✔ No Heat or Cold Intolerance   ✔ No Fatigue   ✔ No Polyuria

## Objective

**Did patient refuse vitals:**

✔ No vitals Refused

### Vital Signs

| Pulse Rate: | Blood Pressure: | O2 Sat: |
|---|---|---|
| 77 | 120/81 | 96 |

| Respiratory Rate: | Weight: | Temperature: |
|---|---|---|
| 18 | 169 | 97.4 |

### BP Recheck (if needed)

### Physical Exam

**General:**

✔ Alert   ✔ Clean   ✔ Neat   ✔ Well Nourished   ✔ No Acute Distress

**Skin:**

✔ Normal Color   ✔ Warm   ✔ Intact

**Eyes:**

✔ PEERLA   ✔ Normal Sclera

**HENT:**

✔ Head Atraumatic

---

**Chronic Care Clinic**

Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 02/23/2023 16:22:27   Pg. 15,

2 of 4

**Neck:**
☑ Supple   ☑ No palpable adenopathy

**Respiratory:**
☑ Lung sounds clear to auscultation bilaterally   ☑ No Wheezes Noted   ☑ No Rales   ☑ No Rhonchi

**Cardiovascular:**
☑ Normal S1 & S2   ☑ RRR   ☑ No clicks, murmurs, or gallops   ☑ No lower extremity edema

**Gastrointestinal:**
☑ Abdomen is soft, non-tender

**Musculoskeletal:**
☑ Normal gait

**Additional Musculoskeletal Exam Notes:**
abnormality to right bicep, decrease ROM/pain to  right shoulder.

**Neurologic:**
☑ Alert and Oriented x 4   ☑ CN's II-XII intact   ☑ Normal gait

## Assessment

**Other General Medicine Assessment (Diagnosis):**
right shoulder pain

**Degree of Control for Other General Medicine:**
☑ Fair (General Medicine)

**Clinical Status of Other General Medicine:**
☑ Stable

## Plan

**General Medicine/Mental Health Plan:**
right shoulder pain

MRI Pending

Cymbalta ordered for pain

**Medication:**
☑ New Medication

**Specify new/changed/renewed medication(s):**
Cymbalta 60mg at hs for pain

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 02/23/2023 16:22:27

**BAIZA, TIMOTHY**  #05904482      **DOB:** 12/19/1979 (43y)  **Location:** E2-5-1T

**Vital(s)/Treatment(s) being ordered:**
   ✔ No

**Order Labs:**
   ✔ Yes

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
   ✔ No

**Order Immunization(s):**
   ✔ No

**Order Outside Referrals/Consults:**
   ✔ No

**Next Chronic Clinic Visit:**
   ✔ Schedule Next Chronic Clinic

   **Return to Chronic Care Clinic:**
      ✔ 180 days

**Does the patient need any other appointment scheduled:**
   ✔ No

## Education

**Education Provided:**
✔ Diet   ✔ Medication   ✔ Exercise   ✔ Diet/Exercise/Weight   ✔ Disease Process   ✔ Risk Factors and reducers

✔ Signs and symptoms to report   ✔ Medication Compliance

   **Patient verbalizes understanding:**
      ✔ Yes

**Interpreter needed:**
   ✔ No

## Save Log

| User Name | AuditDateAndTime |
|-----------|------------------|
| NKULE, MYRA, NP | 02/23/2023 16:22:27 |

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 02/23/2023 16:22:27



BAIZA, TIMOTHY   #05904482                                                          **DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

## Provider Progress/Narrative Note

**Type of Note:**

☑ Narrative

### Narrative

**Narrative Note:**

Requesting work authorization

States he has been delivering trays despite right shoulder pain/Decrease ROM

VS—97.5, 97%, 76, 119/82, 172lbs

Lungs CTAB, Heart s1s2 no murmur, decrease ROM right shoulder, deformed right bicep

Plan

ok to work with restrictions——no lifting more than 25 pounds

awaiting to see orthopedic ——possible rupture right bicep long head and shoulder pain

f/up prn

### Plan

**Follow-up:**

☑ No Follow-up needed at this time

**Interpreter:**

☑ No

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| NKULE, MYRA, NP | 05/10/2023 12:17:37 |

---

**Provider Progress/Narrative Note**

SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 05/10/2023 12:17:37

**DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

BAIZA, TIMOTHY   #05904482

## Provider Progress/Narrative Note

**Type of Note:**
☑ Narrative

### Narrative

**Narrative Note:**
ORTHO notes from 9/5/2023 reviewed

### Plan

**Follow-up:**
☑ No Follow-up needed at this time

**Order Outside Referrals/Consults:**
☑ Yes

**Specify Outside Referrals/Consults needing to be ordered:**
Radiology——MRI right shoulder

Pt was evaluated by ortho on 9/5/2023 for deformed right biceps and right shoulder weakness/pain. Bicep tendon rupture suspected. MRI of right shoulder recommended. Pt fell months ago and injured right shoulder

**Type of Outside Referral/Consult:**
☑ Routine

**Interpreter:**
☑ No

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| | 09/12/2023 14:20:22 |
| NKULE, MYRA, NP | |

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 09/12/2023 14:20:22

Pg. 19.

## Chronic Care Clinic

**Date:**

10/04/2023

**Did patient refuse or not show up for Chronic Clinic appointment:**

☑ Patient is Present

> **Type(s) of Chronic Care Clinic(s):**
> ☑ General Medicine
>
> > **Type of General Medicine Clinic:**
> > ☑ Other
> >
> > **Other General Medicine Diagnosis:**
> > Right shoulder pain

> **Allergies:**
> NO KNOWN DRUG ALLERGY
>
> **Current Medications:**
> MELOXICAM 15MG TABLET – [TAKE 1 TABLET(S) ORALLY ONCE DAILY] – 2023-07-31–2023-10-28
>
> **Additional Information:**
> *NO ANSWER PROVIDED*

> > ### Subjective
> >
> > **History of Present Illness/Illnesses:**
> > Pt fell almost a year ago and injured right shoulder. Mobic helps a little with his pain
> >
> > MRI of right shoulder is pending. He was evaluated by ortho a few weeks ago

> > > ### Review of Systems
> > >
> > > **General:**
> > > ☑ No Fever  ☑ No Weakness  ☑ No Fatigue  ☑ No Recent Weight Change
> > >
> > > **Additional Comments on General Review:**
> > > *NO ANSWER PROVIDED*
> > >
> > > **Skin:**
> > > ☑ No Dryness
> > >
> > > **Additional Comments on Skin Review:**
> > > *NO ANSWER PROVIDED*
> > >
> > > **Eyes:**
> > > ☑ No Visual Changes

---

**Chronic Care Clinic**

Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/04/2023 10:30:45

**Additional Comments on Eyes Review:**
*NO ANSWER PROVIDED*

**HENT:**
☑ No Swollen Glands

**Additional Comments on HENT Review:**
*NO ANSWER PROVIDED*

**Respiratory:**
☑ No Dyspnea    ☑ No Cough    ☑ No Wheezing    ☑ No Hemoptysis

**Additional Comments on Respiratory Review:**
*NO ANSWER PROVIDED*

**Cardiovascular:**
☑ No Chest Pain    ☑ No Palpitation    ☑ No Orthopnea

**Additional Comments on Cardiovascular Review:**
*NO ANSWER PROVIDED*

**Gastrointestinal:**
☑ No Nausea    ☑ No Vomiting

**Additional Comments on Gastrointestinal Review:**
*NO ANSWER PROVIDED*

**Genitourinary:**
☑ No Dysuria    ☑ No Flank Pain    ☑ No Change in Urine Stream

**Additional Comments on Genitourinary Review:**
*NO ANSWER PROVIDED*

**Musculoskeletal:**
*NO ANSWER PROVIDED*

**Additional Comments on Musculoskeletal Review:**
right shoulder pain/weakness/decrease ROM

Deformed right biceps

**Psychiatric:**
*NO ANSWER PROVIDED*

**Additional Comments on Psychiatric Review:**
*NO ANSWER PROVIDED*

**Neurologic:**

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/04/2023 10:30:45

Pg.21.

☑ No Headache    ☑ No Numbness

**Additional Comments on Neurologic Review:**
*NO ANSWER PROVIDED*

**Hematologic:**
*NO ANSWER PROVIDED*

**Additional Comments on Hematologic Review:**
*NO ANSWER PROVIDED*

**Endocrine:**
*NO ANSWER PROVIDED*

**Additional Comments on Endocrine Review:**
*NO ANSWER PROVIDED*

**Pain Scale:**
*NO ANSWER PROVIDED*

## Objective

**Did patient refuse vitals:**
☑ No vitals Refused

### Vital Signs

| **Pulse Rate:** | **Blood Pressure:** | **O2 Sat:** |
|---|---|---|
| 90 | 102/71 | 96 |
| **Respiratory Rate:** | **Weight:** | **Temperature:** |
| 20 | 173 | 97.6 |

### BP Recheck (if needed)

| **Blood Pressure Recheck #1:** | **Time of Recheck #1:** |
|---|---|
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #2:** | **Time of Recheck #2:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |
| **Blood Pressure Recheck #3:** | **Time of Recheck #3:** |
| *NO ANSWER PROVIDED* | *NO ANSWER PROVIDED* |

### Physical Exam

---

**Chronic Care Clinic**

Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/04/2023 10:30:45

Pg. 22,

**General:**
☑ Alert   ☑ Clean   ☑ Neat   ☑ Well Nourished   ☑ No Acute Distress

**Additonal General Exam Notes:**
*NO ANSWER PROVIDED*

**Skin:**
☑ Normal Color

**Additional Skin Exam Notes:**
*NO ANSWER PROVIDED*

**Eyes:**
☑ Normal Sclera

**Additional Eye Exam Notes:**
*NO ANSWER PROVIDED*

**Fundoscopic Exam:**
*NO ANSWER PROVIDED*

**Additional Fundoscopic Exam Notes:**
*NO ANSWER PROVIDED*

**HENT:**
☑ Head Atraumatic

**Additional HENT Exam Notes:**
*NO ANSWER PROVIDED*

**Neck:**
☑ Supple   ☑ No palpable adenopathy

**Additional Neck Exam Notes:**
*NO ANSWER PROVIDED*

**Respiratory:**
☑ Lung sounds clear to auscultation bilaterally

**Additional Respiratory Exam Notes:**
*NO ANSWER PROVIDED*

**Cardiovascular:**
☑ Normal S1 & S2   ☑ RRR   ☑ No clicks, murmurs, or gallops   ☑ No lower extremity edema

☑ Palpable pedal pulse Bilateral

**Additional Cardiovascular Exam Notes:**
*NO ANSWER PROVIDED*

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/04/2023 10:30:45

**Gastrointestinal:**
☑ Abdomen is soft, non-tender

**Additional Gastrointestinal Exam Notes:**
*NO ANSWER PROVIDED*

**Genitourinary:**
*NO ANSWER PROVIDED*

**Additional Genitouranary Exam Notes:**
*NO ANSWER PROVIDED*

**Musculoskeletal:**
☑ Normal gait

**Additional Musculoskeletal Exam Notes:**
right shoulder pain/weakness/decrease ROM

Deformed right biceps

**Neurologic:**
☑ Alert and Oriented x 4   ☑ CN's II-XII intact   ☑ Normal gait

**Additional Neurologic Exam Notes:**
*NO ANSWER PROVIDED*

**Additional Findings:**
*NO ANSWER PROVIDED*

## Assessment

**Other General Medicine Assessment (Diagnosis):**
Right shoulder pain/ deformed bicep

**Additional Assessment (Diagnosis):**
*NO ANSWER PROVIDED*

**Degree of Control for Other General Medicine:**
☑ Fair (General Medicine)

**Clinical Status of Other General Medicine:**
☑ Stable

## Plan
**Other notes:**

---

**Chronic Care Clinic**

Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/04/2023 10:30:45

Pg.24.

*NO ANSWER PROVIDED*

**General Medicine/Mental Health Plan:**

Right shoulder pain/ deformed bicep

Awaiting MRI right shoulder

take Mobic for pain management

**Medication:**

*NO ANSWER PROVIDED*

**Vital(s)/Treatment(s) being ordered:**

*NO ANSWER PROVIDED*

**Order Labs:**

☑ Yes

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**

*NO ANSWER PROVIDED*

**Order Immunization(s):**

*NO ANSWER PROVIDED*

**Does patient require a Therapeutic Diet:**

☑ No

**Order Outside Referrals/Consults:**

*NO ANSWER PROVIDED*

**Next Chronic Clinic Visit:**

☑ Schedule Next Chronic Clinic

    **Return to Chronic Care Clinic:**

    ☑ 180 days

**Does the patient need any other appointment scheduled:**

☑ No

## Education

**Education Provided:**

☑ Diet  ☑ Medication  ☑ Exercise  ☑ Diet/Exercise/Weight  ☑ Disease Process  ☑ Risk Factors and reducers

☑ Signs and symptoms to report  ☑ Medication Compliance

    **Patient verbalizes understanding:**

---

**Chronic Care Clinic**

Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/04/2023 10:30:45



☑ Yes

**Interpreter needed:**
☑ No

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| NKULE, MYRA, NP | 10/04/2023 10:30:45 |

---

**Chronic Care Clinic**
Combined Chronic Care Clinic form.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/04/2023 10:30:45

Pg.26.

## Provider Progress/Narrative Note

**Type of Note:**
☑ Narrative

### Narrative

**Narrative Note:**

Pt needs MRI of shoulder

### Plan

**Follow-up:**
☑ No Follow-up needed at this time

**Medication:**
*NO ANSWER PROVIDED*

**Vital(s)/Treatment(s) being ordered:**
*NO ANSWER PROVIDED*

**Order Labs:**
*NO ANSWER PROVIDED*

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
☑ Yes

**Order Immunization(s):**
*NO ANSWER PROVIDED*

**Order Outside Referrals/Consults:**
☑ Yes

    **Specify Outside Referrals/Consults needing to be ordered:**

    Radiology——Pt was evaluated by ortho on 9/5/2023 for deformed biceps and right shoulder weakness. bicep tendon rupture suspected

    MRI right shoulder and arm has been recommended

    **Type of Outside Referral/Consult:**
    ☑ Routine

**Interpreter:**
☑ No

---

**Provider Progress/Narrative Note**

SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/26/2023 10:43:16

Pg. 27.

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| NKULE, MYRA, NP | 10/26/2023 10:43:16 |

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 10/26/2023 10:43:16

2 of 2

Pg.28.

## Provider Progress/Narrative Note

**Type of Note:**

☑ Narrative

### Narrative

**Narrative Note:**

f/up post visit with ortho for right shoulder pain/right arm deformity.

Pt injured his shoulder more than 8 months ago; He slipped and fell (supported his weight with his right hand). He heard a "pop "sound when he fell.

Right shoulder pain is tolerable. Mobic helping with pain.

MRI right shoulder showed No rotator cuff tear, and tendonitis.

MRI right arm showed bicep tendon partial tear.

Per Dr. Joshi, surgery is not indicated (cosmetic deformity).

### Plan

**Follow-up:**

☑ No Follow-up needed at this time

**Medication:**

*NO ANSWER PROVIDED*

**Vital(s)/Treatment(s) being ordered:**

*NO ANSWER PROVIDED*

**Order Labs:**

*NO ANSWER PROVIDED*

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**

*NO ANSWER PROVIDED*

**Order Immunization(s):**

*NO ANSWER PROVIDED*

**Order Outside Referrals/Consults:**

*NO ANSWER PROVIDED*

**Interpreter:**

☑ No

---

**Provider Progress/Narrative Note**

SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 12/05/2023 10:32:03

Pg. 29.

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| NKULE, MYRA, NP | 12/05/2023 10:32:03 |

---

**Provider Progress/Narrative Note**

SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** NKULE, MYRA, NP **on** 12/05/2023 10:32:03

Pg. 30.

BAIZA, TIMOTHY  #05904482                                      **DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

## Provider Progress/Narrative Note

**Type of Note:**
- ✔ Narrative

### Narrative

**Narrative Note:**

VS    107/74    P 76    02    98    T    97.5    6 weeks ago was playing handball hear a loud pop in right pop and NP said it was a strain...then slipped in shower......has limit range of motion....tests for rotator cuff injury are positive..

Impression:  Right rotator cuff injury.

### Plan

**Follow-up:**
- ✔ Follow-up w/ MD

    **Follow-up w/ MD in:**
    - ✔ 60 Days

**Medication:**
- ✔ New Medication

    **Specify new/changed/renewed medication(s):**
    ibuprofen 600mg tid prn x 60 days ands tylenol 650mg tid x 60days

**Vital(s)/Treatment(s) being ordered:**
- ✔ No

**Order Labs:**
- ✔ No

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**
- ✔ No

**Order Immunization(s):**
- ✔ No

**Order Outside Referrals/Consults:**
- ✔ No

**Interpreter:**

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on** 01/23/2023 11:39:04

Pg.31.

BAIZA, TIMOTHY   #05904482                                    **DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

✔ No

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 01/23/2023 11:39:04 |

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on 01/23/2023 11:39:04**

Pg. 32

BAIZA, TIMOTHY  #05904482                                          DOB: 12/19/1979 (43y)   Location: E2-5-1T

## Provider Progress/Narrative Note

**Type of Note:**

✔ Narrative

### Narrative

**Narrative Note:**

BP  117/78   P  96   T  99  02      97      R  18......I saw this pt 2 months ago with findings consistent with torn right torn totator cuff...I started pt on tylenol and  ibuprofen....

### Plan

**Follow-up:**

✔ Follow-up w/ MD

**Follow-up w/ MD in:**

✔ 30 Days

**Vital(s)/Treatment(s) being ordered:**

✔ No

**Order Labs:**

✔ No

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**

✔ Yes

**Order Immunization(s):**

✔ No

**Order Outside Referrals/Consults:**

✔ No

**Interpreter:**

✔ No

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 02/20/2023 12:40:40 |

---

**Provider Progress/Narrative Note**

SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on 02/20/2023 12:40:40**

Pg.33.

1 of 1

**BAIZA, TIMOTHY**   #05904482                                                    **DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

## Diagnostic and Imaging Order Form

**Current Date:**

02/20/2023

**Detainee Gender:**

M

**Type of Imaging Order:**

✔ MRI

        **Provide details of MRI order:**

        MRI right shoulder


**Reason for Exam:**

Pt has exam and clinical histort consistent with rotator cuff tear


## Form Order Details

Ordered By BROSELOW, ROBERT

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 02/20/2023 12:40:12 |

## Signoff Comments List

| Approved By | Approved On | Signoff Note | Is Declined |
|---|---|---|---|
| BROSELOW, ROBERT, | 02/20/2023 12:40:12 | Form Processed Approval | False |

---

**Diagnostic and Imaging Order Form**

Imaging form for ordering X-Rays, CTs, MRIs, etc.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on 02/20/2023 12:40:12**

Pg.34

BAIZA, TIMOTHY   #05904482                                      **DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

## Medical Records Note

**Narrative Notes:**

I believe pt has Right rotTOR CUGG TEAR AND PERHAPS RIGHT BICEPS INJURY. eILL REFER TO pt AND SEE BACK IN 30 DAYS...CONSIDER mri AFTER COMPLETES COURSE OF pt

**Referrals Needed:**

✔ No Referrals needed at this time

**Interpreter:**

✔ No

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 03/29/2023 13:15:48 |

---

**Medical Records Note**

Progress Note for Med Records usage - both SOAPE and Narrative

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on** 03/29/2023 13:15:48

1 of 1

Pg 35.

# MTC Medical Documentation

**Physical Therapy**                    Date: 4/15/2023

Patient Name: Baiza, Timothy            Patient Number: 5904482

S: Pt. states he has hx of Rt. Shldr pain w/ Rt. Bicep mm. tear. States has old shoulder injury w/ physical deformation w/ limited AROM. States he has been "working out" on his own and has no current functional limitations. Denies numbness/tingling/change in sensation.

O: Rt. Elbow/wrist/hand AROM: wfl, Rt. Shldr AROM: flex: approx. 140 degrees, abd: approx. 90 degrees, WFL ext/IR/ER. Rt. Biceps strength: 4/5, triceps 4/5. WFL: ADL's. noted biceps mm tear to Rt. UE. Ed. Pt. in strengthening ex's for bil. UE's.

A: Pt. w/ Rt. Biceps mm. tear/injury w/o significant functional limitations. Pt. ind. In strengthening ex's (home ex. program). Not appropriate for PT at this time.

P: Recommend orthopedic consult for Rt. Bicep tear (?). Pt. to cont. w/ home ex. program for bil. UE strengthening ex's. f/u prn.

Chris Trevino, PT

Pg. 36.

BAIZA, TIMOTHY   #05904482                                          **DOB:** 12/19/1979 (43y)   **Location:** E2-5-1T

## Provider Progress/Narrative Note

**Type of Note:**
- ✔ Narrative

### Narrative

**Narrative Note:**
This pt was seen by PT who agreed he had a torn Rt rotator cuff plus a torn Rt biceps muscle and recommended referral to an orthopedic surgeion. I have met with Dr Joshi who is ready to see our patients but is only lacking the contract bring signed.

### Plan

**Follow-up:**
- ✔ Follow-up w/ MD

    **Follow-up w/ MD in:**
    - ✔ 60 Days

**Order Outside Referrals/Consults:**
- ✔ Yes

    **Specify Outside Referrals/Consults needing to be ordered:**
    Refer to orthopedic surgery

    **Type of Outside Referral/Consult:**
    - ✔ Routine

**Interpreter:**
- ✔ No

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 04/28/2023 11:44:27 |

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on 04/28/2023 11:44:27**

Pg 37

BAIZA, TIMOTHY  #05904482                                                    DOB: 12/19/1979 (43y)   Location: E2-5-1T

## Provider Progress/Narrative Note

**Type of Note:**
- ✔ Narrative

### Narrative

**Narrative Note:**

Wt 171  BP  113/80   94   02 95  T 97.5  R  16Pt presents for F/U on referral to orthopedic surgeon... Pt has torn right biceps ...pt has a hx or torn Rt rotator cuff and he has seen PT who agreed that he has the torn rotator cuff but a born right biceps which I had suspected.  PT agrees with me and others who have seen him that referral to an orthopedic surgeon is indicated....Pt has been on cymbalta 90mg dail but side effects of sedation preclude it continuation.  CMP and CBC recently were fine. I shall start him on Mobic and refer to orthopedic Surgeon.

### Plan

**Follow-up:**
- ✔ Follow-up w/ MD

    **Follow-up w/ MD in:**
    - ✔ 60 Days

**Medication:**
- ✔ New Medication

    **Specify new/changed/renewed medication(s):**

    Mobic 15mg once daily at noon x 90 days...(He already stopped the cymbalta)..

**Order Outside Referrals/Consults:**
- ✔ Yes

    **Specify Outside Referrals/Consults needing to be ordered:**

    Dr Joshi,orthopedic surgeon...

    **Type of Outside Referral/Consult:**
    - ✔ Routine

**Interpreter:**
- ✔ No

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 06/28/2023 13:31:02 |

---

**Provider Progress/Narrative Note**

SOAP note Providers

Patient Name: BAIZA, TIMOTHY
Patient Number: 05904482
Location: E2-5-1T
DOB: 12/19/1979
Facility: TEXAS CIVIL COMMITMENT CENTER
Electronically Signed By BROSELOW, ROBERT on 06/28/2023 13:31:02

Pg.38.

## Provider Progress/Narrative Note

**Type of Note:**
- ✔ Narrative

### Narrative

**Narrative Note:**

Wt  174  BP  118/82  P  89  02  98   T  98.2  R  16...... Pt says the mobic  15mg and it has helped but he was wondering if there is a higher dose

### Plan

**Follow-up:**
- ✔ Follow-up w/ MD

**Follow-up w/ MD in:**
- ✔ 60 Days

**Medication:**
- ✔ Renewal

**Specify new/changed/renewed medication(s):**

Mobic 15mg one daily x 90 days (KOP if permissible)...

**Order Outside Referrals/Consults:**
- ✔ Yes

**Specify Outside Referrals/Consults needing to be ordered:**

Refer Dr Joshi Covenant Orthopedic Group with individual conract if possible.....

**Type of Outside Referral/Consult:**
- ✔ Routine

**Interpreter:**
- ✔ No

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 07/31/2023 13:54:53 |

---

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on** 07/31/2023 13:54:53

1 of 1

**BAIZA, TIMOTHY**  #05904482 — **DOB:** 12/19/1979 (44y)  **Location:** E2-5-1T

**Interpreter:**
☑ No

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 07/31/2023 13:54:53 |

**Provider Progress/Narrative Note**
SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on** 07/31/2023 13:54:53

Pg.40

## Diagnostic and Imaging Order Form

**Current Date:**

09/29/2023

**Detainee Gender:**

M

**Type of Imaging Order:**

☑ MRI

### Provide details of MRI order:

MRI wight upper arm...multiple views if appropriate.....

**Reason for Exam:**

This pt has had pain in right upper arm for about 8 months and exam shows apparent biceps tear....Dr Joshi,orthopedic surgeon,wishes him to have MRI before deciding if a surgical repair would be appropriate...

## Form Order Details

Ordered By: BROSELOW, ROBERT

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 09/29/2023 13:41:08 |

## Signoff Comments List

| Approved By | Approved On | Signoff Note | Is Declined |
|---|---|---|---|
| BROSELOW, ROBERT, | 09/29/2023 13:41:08 | Form Processed Approval | False |

---

**Diagnostic and Imaging Order Form**

Imaging form for ordering X-Rays, CTs, MRIs, etc.

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on** 09/29/2023 13:41:08

1 of 1

Pg. 41.

**BAIZA, TIMOTHY**  #05904482                                    **DOB:** 12/19/1979 (44y)   **Location:** E2-5-1T

## Provider Progress/Narrative Note

**Type of Note:**

☑ Narrative

### Narrative

**Narrative Note:**

Wt  170  Ht  5'6"   T  98.0  P  84   02 95%  BP  106/74   Dr Joshi   told him that 8 months with a biceps tear is too long to attempt  a repair. HE said he wanted him to have an MRI of  the right upper arm

### Plan

**Follow-up:**

☑ Follow-up w/ MD

    **Follow-up w/ MD in:**

      ☑ 60 Days

**Medication:**

*NO ANSWER PROVIDED*

**Vital(s)/Treatment(s) being ordered:**

*NO ANSWER PROVIDED*

**Order Labs:**

*NO ANSWER PROVIDED*

**Order Other Diagnostics (i.e. X-Ray, ECG, Sonogram):**

☑ Yes

**Order Immunization(s):**

*NO ANSWER PROVIDED*

**Order Outside Referrals/Consults:**

*NO ANSWER PROVIDED*

**Interpreter:**

☑ No

### Save Log

| User Name | AuditDateAndTime |
|---|---|
| BROSELOW, ROBERT, | 09/29/2023 13:42:11 |

---

**Provider Progress/Narrative Note**

SOAP note Providers

**Patient Name:** BAIZA, TIMOTHY
**Patient Number:** 05904482
**Location:** E2-5-1T
**DOB:** 12/19/1979
**Facility:** TEXAS CIVIL COMMITMENT CENTER
**Electronically Signed By** BROSELOW, ROBERT **on** 09/29/2023 13:42:11

Pg. 42



# ORTHOPEDIC
# SUGERY

## ATUL JOSHI, M.D.
3506 21ST ST, SUITE 203
Phone: (806)725-4818
Fax: (806)723-7006

| TO: | MTC medical | FROM: | Cristina Avila |
|---|---|---|---|
| FAX: | (806)485-8186 | FAX: | (806)723-7006 |
| PHONE: | (806)485-8168 | PHONE: | (806)725-4818 |
| DATE: | 9/11/23 | # OF PAGES: | 6 |

SUBJECT:

Timothy Baiza    12/19/1979

Office Notes from    09/05/23



Pg. 43.

Baiza, Timothy (MR # 20024722037) DOB: 12/19/1979                    Encounter Date: 09/05/2023

# Baiza, Timothy

MRN: 20024722037

Atul B Joshi, MD
Physician
Specialty: Orthopedic Surgery

Progress Notes  ⚠ 💟
Signed

Encounter Date: 9/5/2023

## HISTORY & PHYSICAL
## Chief Complaint
**Chief Complaint**
Patient presents with
- Arm Pain
   *RT shoulder/bicep*

**Patient Name:** Timothy Baiza   **DOB:** 12/19/1979   **PCP:** Robert J. Broselow, MD

## Assessment/Plan
**Assessment and Plan:**
**1. Pain in joint, upper arm, right (Primary)**
   - XR Shoulder Right 2 + Vw; Future; Expected date: 09/05/2023

**2. Biceps tendon rupture, proximal, right, initial encounter**

## Past Medical Hx:
History reviewed. No pertinent past medical history.

## Surgical Hx:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ANKLE SURGERY | | |
| • MOUTH SURGERY | | |

## Social Hx:

## Family Hx:
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Other (see comment) | Maternal Grandfather | |

## Allergies:
No Known Allergies

## Outpatient Medications:
Outpatient Encounter Medications as of 9/5/2023

| Medication | Sig | Dispense | Refill |
|---|---|---|---|

Pg. 44

Baiza, Timothy (MR # 20024722037) DOB: 12/19/1979                    Encounter Date: 09/05/2023

- meloxicam (MOBIC) 15 mg tablet          Take 1 tablet by mouth Daily.

No facility-administered encounter medications on file as of 9/5/2023.

### Subjective
### History of Present Illness:

Timothy Baiza is a 43 y.o. male who presents with patient has a pain in the right shoulder and the discomfort. Patient said he had a history of fall and he said he had the sudden lump and he was trying to lift heavy weight also felt sudden pop and the lump appears. He has a discomfort. No other previous surgery no injection no other treatment was given.

### Review of Systems:
A 10-point review of systems was conducted. All systems negative except as noted in the HPI.

### Objective
BP 128/85  | Pulse 63  | Ht 1.676 m (5' 6")  | Wt 78.9 kg (174 lb)  | BMI 28.08 kg/m²  Body mass index is 28.08 kg/m².

### PHYSICAL EXAMINATION:
GENERAL: On examination,-43 y.o.year-old female alert and oriented three times.
VITAL SIGNS: Vital signs are stable.
HEENT: Normocephalic, atraumatic. PERRLA.
NECK: Supple. No lymphadenopathy.
RESPIRATORY: Bilateral air entry present.
CARDIOVASCULAR: First and second heart sound normal.
ABDOMEN: Soft.
NEUROLOGIC: Grossly intact.
SKIN: Warm and dry.
MUSCULOSKELETAL: . On examination of the skin intact no swelling no deformity shoulder full range of motion is a massive bicep rupture proximal noted. Because he is kind of body builder. Neurovascularly intact. Plan for MRI

MRI of the right shoulder. And the right arm to see exact status of other tendons as well as biceps quality. I do not think surgical treatment will be can be done after 8 months and the results may not be very good unfortunately but I until the MRI is done we cannot proceed further. Detailed discussion with the patient carried out follow-up appointment given. All question has been answered layman terms.

### Imaging Studies:
XR Shoulder Right 2 + Vw

Result Date: 9/5/2023

Pg. 45,

Baiza, Timothy (MR # 20024722037) DOB: 12/19/1979                    Encounter Date: 09/05/2023

X-rays of the right shoulder 2 views shows no fracture dislocation noted.  No OA changes noted.

Surgical Risks: Patients having surgery have risks associated with Co Morbidity such as smoking, diabetes, obesity and Chronic pulmonary and heart disease (blood thinner) , Parkinsonism, Fibromyalgia explained.  With these comorbidities are in themself– individually and in their additive effect can be contributing factors and may result in poor outcome. Explained to the patient regarding cessation of smoking and for weight loss, and for the condition such as diabetes, COPD and heart disease, Parkinsonism , Fibromyalgia to follow the instruction of the primary or specialty physician for optimum management of the conditions.

 For the surgery, if patient has a BMI  more than 35 is associated with  the high risk of complications.  Encouraged the patient to talk to their primary physician. It is very important to lose weight as a complication rate intraoperative, postoperative and long-term are very high. Patient should take it very seriously. Talk to the primary physician, also look at bariatric surgery as alternative and seeing the nutrition therapist.  Unless this is achieved surgery cannot be proceeded.

Pt  understands treatment plan. Pt wish to proceed as outline treatment plan. Ample to time given to ask questions. All questions answered in layman terms. Pt given the follow-up appointment, if any problem or question to contact us

*Atul B. Joshi, MD*
9/5/2023

*This note was dictated using voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and recognize, using context, where these substitutions have occurred. Please contact me if there are any questions regarding its content.*

Electronically Signed by Atul B Joshi, MD on 09/05/23 1929

Office Visit on 9/5/2023     *Note shared with patient*

## Additional Documentation

Vitals:      BP 128/85 Pulse 63 Ht 1.676 m (5' 6") Wt 78.9 kg (174 lb) BMI 28.08 kg/m² BSA 1.92 m²
             Pain Sc  9
Flowsheets:  Vitals, ED qSOFA Calculation, Anthropometrics

## Orders Placed

XR Shoulder Right 2 + Vw (Resulted 9/5/2023)

Pg.46

806 723 7006

Baiza, Timothy (MR # 20024722037) DOB: 12/19/1979

12:11:59 p.m.     09-11-2023     5/5

Encounter Date: 09/05/2023

## Medication Changes

As of 9/5/2023  9:28 AM

None

## Visit Diagnoses

Primary: Pain in joint, upper arm, right M25.521

Biceps tendon rupture, proximal, right, initial encounter S46.211A

# Baiza, Timothy

MRN: 20024722037

**Office Visit** 11/21/2023
COVENANT MEDICAL GROUP
ORTHOPEDICS LDC

Provider: Atul B Joshi, MD (Orthopedic Surgery)
Primary diagnosis: Biceps tendon rupture, proximal, right, initial encounter
Reason for Visit: Shoulder Problem; Referred by Robert Joel Broselow, MD

**Progress Notes**

Atul B Joshi, MD (Physician) • Orthopedic Surgery

**HISTORY & PHYSICAL**
**Chief Complaint**
Chief Complaint
Patient presents with
 • Shoulder Problem
   *Rt Shoulder*

Patient Name: Timothy Baiza   DOB: 12/19/1979   PCP: Robert J. Broselow, MD

**Assessment/Plan**
Assessment and Plan:
**1. Biceps tendon rupture, proximal, right, initial encounter (Primary)**

Past Medical Hx:
History reviewed. No pertinent past medical history.

Surgical Hx:
Past Surgical History:
Procedure                                              Laterality        Date
 • ANKLE SURGERY
 • MOUTH SURGERY

Social Hx:

Family Hx:
Family History
Problem                     Relation              Age of Onset
 • Cancer                   Maternal Grandmother
 • Other (see comment)      Maternal Grandfather

Allergies:
No Known Allergies

Review of Systems:
A 10-point review of systems was conducted. All systems negative except as noted in the HPI.

Printed by [2831084] at 12/5/2023 9:00 AM

Page 1 of 5   Pg.48.

Baiza, Timothy (MRN 20024722037) DOB: 12/19/1979                                09:01:04 a.m.    12–05–2023        3 /6

                                                                Encounter Date: 11/21/2023

BP 124/84  | Pulse 86  | Ht 1.676 m (5' 5.98")  | Wt 78.9 kg (174 lb)  | BMI 28.10 kg/m² Body mass index is 28.1 kg/m².

**Imaging Studies:**
No results found.

**Outpatient Medications:**
Outpatient Encounter Medications as of 11/21/2023

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • meloxicam (MOBIC) 15 mg tablet | Take 1 tablet by mouth Daily. | | |

No facility-administered encounter medications on file as of 11/21/2023.

**Subjective**
**HISTORY & PHYSICAL**
**Chief Complaint**
Chief Complaint
Patient presents with
 • Shoulder Problem
      *Rt Shoulder*

**Patient Name:** Timothy Baiza   **DOB:** 12/19/1979  **PCP:** Robert J. Broselow, MD

**Assessment/Plan**
**Assessment and Plan:**
**1. Biceps tendon rupture, proximal, right, initial encounter (Primary)**

**Past Medical Hx:**
History reviewed. No pertinent past medical history.

**Surgical Hx:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ANKLE SURGERY | | |
| • MOUTH SURGERY | | |

**Social Hx:**

**Family Hx:**
Family History

Pg. 49

Baiza, Timothy (MRN 20024722057) DOB: 12/19/1979                    09:01:34 a.m.    12-05-2023                    4/6

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Maternal Grandmother | |
| • Other (see comment) | Maternal Grandfather | |

**Allergies:**
No Known Allergies

**Review of Systems:**
A 10-point review of systems was conducted. All systems negative except as noted in the HPI.

BP 124/84  | Pulse 86  | Ht 1.676 m (5' 5.98")  | Wt 78.9 kg (174 lb)  | BMI 28.10 kg/m² Body mass index is 28.1 kg/m².

**Imaging Studies:**
No results found.

**Outpatient Medications:**
Outpatient Encounter Medications as of 11/21/2023

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • meloxicam (MOBIC) 15 mg tablet | Take 1 tablet by mouth Daily. | | |

No facility-administered encounter medications on file as of 11/21/2023.

**Subjective**
MRI is positive for but she is clinical diagnosis of rotator cuff no otherwise involving any other tendons. This is a chronic bicep tendon. Rupture I do not know required what kind of surgery may be graft I do not know his candidate for it or not I think best thing him to refer it to UMC for further treatment

Treatment plan will make an appropriate arrangement for that. He wants surgery done. I do not feel surgery is indicated per se cosmetic deformity.

For the surgical patient:-
Patients undergoing surgery may face increased risks associated with co-morbidities, including smoking, diabetes, obesity, chronic pulmonary and heart diseases (requiring blood thinners), Parkinsonism, and Fibromyalgia. These coexisting health conditions, both individually and in their combined impact, can contribute to poor outcomes. It is essential for patients to adhere to the instructions provided by their primary or specialty physician to ensure optimal management of these health requirements for a better surgical outcome.

Patient undergoing the surgery, a BMI of more than 30 poses a significantly high risk, and with a BMI above 40, the risk increases even further. It is strongly recommended that the patient

Pg 50.

Baiza, Timothy (MRN 20024722031) DOB: 12/19/1919

consults with their primary physician to address weight loss, as the complication rates during intraoperative, postoperative, and long-term periods are markedly elevated in individuals with higher BMI.

Pt  understands treatment plan. Pt wish to proceed as outline treatment plan. Ample to time given to ask questions. All questions answered in layman terms. Pt given the follow-up appointment, if any problem or question to contact us

***Atul B. Joshi, MD***
*This note was dictated using voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and recognize, using context, where these substitutions have occurred. Please contact me if there are any questions regarding its content.*

For the surgical patient:-
Patients undergoing surgery may face increased risks associated with co-morbidities, including smoking, diabetes, obesity, chronic pulmonary and heart diseases (requiring blood thinners), Parkinsonism, and Fibromyalgia. These coexisting health conditions, both individually and in their combined impact, can contribute to poor outcomes.  It is essential for patients to adhere to the instructions provided by their primary or specialty physician to ensure optimal management of these health requirements for a better surgical outcome.

Patient undergoing the surgery, a BMI of more than 30 poses a significantly high risk, and with a BMI above 40, the risk increases even further. It is strongly recommended that the patient consults with their primary physician to address weight loss, as the complication rates during intraoperative, postoperative, and long-term periods are markedly elevated in individuals with higher BMI.

Pt  understands treatment plan. Pt wish to proceed as outline treatment plan. Ample to time given to ask questions. All questions answered in layman terms. Pt given the follow-up appointment, if any problem or question to contact us

***Atul B. Joshi, MD***
*This note was dictated using voice recognition software. Occasional wrong-word or "sound-alike" substitutions may have occurred due to the inherent limitations of voice recognition software. Read the chart carefully and recognize, using context, where these substitutions have occurred. Please contact me if there are any questions regarding its content.*

## Other Notes                                                         All notes

Progress Notes from Andres Garcia, OR Tech

806 723 7006

Baiza, Timothy (MRN 2002472203 7) DOB: 12/19/1979

09:02:51 a.m.   12–05–2023   6/6
Encounter Date: 11/21/2023

## Instructions

After Visit Summary (Automatic SnapShot taken 11/26/2023)

## Additional Documentation

Vitals:   BP 124/84 Pulse 86 Ht 1.676 m (5' 5.98") Wt 78.9 kg (174 lb) BMI 28.10 kg/m² BSA 1.92 m²
Pain Sc  5

Flowsheets: Vitals, ED qSOFA Calculation, Anthropometrics

## ☐ Documents — Encounter Level:

Documents: None found at the encounter level.

## ☐ Documents — Order Level:

Documents: None found at the order level.

## Encounter Status

Signed by Atul B Joshi, MD on 11/26/23 at 18:24

## Orders Placed

None

## Medication Changes

As of 11/21/2023  9:26 AM

None

## Medication List at End of Visit

As of 11/21/2023  9:26 AM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| meloxicam (MOBIC) 15 mg tablet<br>Take 1 tablet by mouth Daily. – Oral<br>Patient-reported medication | — |  | — |

## Visit Diagnoses

Primary: Biceps tendon rupture, proximal, right, initial encounter S46.211A

Pg.52.

## MTC - Texas Civil Commitment Center

# Step 1          GRIEVANCE FORM

| DATE-RECIEVED | DATE DUE | GRIEVANCE NUMBER |
|---|---|---|
| 1/16/24 | 2/16/24 | 24-01-78 |

SVP Client Name: Timothy BAIZA                    SID #: 05904482

Housing Assignment: E-2

Where incident occurred: Tx. Civil Commitment Center, Littlefield, Tx.

You must try to informally resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Numerous Communication forms to Ms. Graves - A.S.A.

When? Dec. 2022 - Present  What was their response? That M.T.C. couldn't send me to the Sports Medicine Dr. That Dr. A. Joshi had referred me to, due to a lack of contract w/ that Dr.

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and whether or not this is an appeal to a disciplinary infraction, if appropriate.

On 9-5-23, I went to an appointment with Orthopedic Surgeon, Dr. Atul Joshi in Lubbock, Tx. because I had torn my bicept and additionally hurt my shoulder in December 2022. I continually wrote sick calls, and communication forms trying to get the medical help I needed. However, M.T.C. medical just kept telling me that due to the fact they didn't have a contract for services with any Orthopedic Specialist, I was met with deliberate indifference to my pain, suffering, and need of specialized care. Dr. Joshi told me plainly that I needed and should of had surgery at the time of my injury, but the 9 months of not being seen by a specialist, made my chances of a sucessful surgery, and recovery very slim, if possible at all.

The main issue here is that M.T.C. medical bears the full responsibility for my medical care. As such, their inability to acquire, and keep in place a contract for outside medical care, places M.T.C. fully responsible for any, and all negative consequences to me physically, and M.T.C. legally culpable for its inability to provide appropriate medical care to me.

YOUR SIGNATURE ID REQUIRED ON THE BACK OF THIS FORM (OVER)

Revised 5/1/2019

MTC-Step 1

Pg 53

**Action Requested to resolve your Complaint.**

At the present time I am once again appropriate medical care as Dr. Joshi Referred me to A sports Medicine Specialist, however M.T.C. doesn't have a contract with that doctor, so they are denying the Recomended services of that doctor, to me.

SVP Client Signature: _____ Date: 1/11/23

**Grievance Response:**

Mr. Baiza,

According to medical documentation by Dr. Joshi (Orthopedic Dr) dated 12/21/2023, he states the following "I do not feel surgery is indicated) per cosmetic deformity." Health Services will not approve cosmetic procedures.

Thank you!

Grievance Investigator Printed Name/Signature: I. Rodriguez / J. Mo

Signature Authority: _____ Date: 1/26/2024

If you are dissatisfied with the Step 1 response, you may submit a Step 2 to the within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

MTC-Step 1                                                     Revised 5/01/2019

Pg 54.

## MTC - Texas Civil Commitment Center

# Step 2                GRIEVANCE FORM

| DATE RECIEVED | DATE DUE | GRIEVANCE NUMBER |
|---|---|---|
| 2/2/2024 | 3/2/2024 | 24-01-18 |

SVP Client Name: _Timothy Baird_                SID #: _08909482_

Housing Assignment: _Eq_

Where incident occurred: _TX, Civil Commitment Center, Littlefield TX._

You must attach the completed Step 1 grievance that has been signed by the Assistant Facility Administrator for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has not been processed.

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 beacuse....

Ms. A. Rodriguez, while getting the file notes of Dr. Joshi, the Orthopedic Specialist. She fails to address the (2) main points of the Step 1 Grievance. That if they had been addressed in a timely manner, then surgery wouldn't be rendered cosmetic. As stated in Step 1. The (2) main points of contention are as follows — #1. M.T.C. Medical bears the sole responsibility legally, morally, and contractually with the TX Civil Commitment Office to provide timely and effective medical care to all clients of this facility. Furthermore, M.T.C. Medical also tasked with aquiring, and to keep in place a contract for specialize services so that surgeries or other medical interventions in a timely manner. Dr. Joshi makes mention of the 8-9 months' delay, that in his opinion renders doing surgery at this late date renders the surgery cosmetic. #2. At present Dr. Joshi has referred me to a sports medicine specialist, yet once again, simply because M.T.C. Medical doesn't have a contract with that Doctor. I'm denied the benefit of that doctor's medical expertise. When M.T.C. Medical failed me as a client under their care, they now bear the full responsibility for any and all negative consequences to me physically. In addition, M.T.C. is legally culpable for it's inability to provide appropriate, timely medical care to me.

YOUR SIGNATURE IS REQUIRED ON THE BACK OF THIS FORM (OVER)

MTC-Step 2                                                    Revised 5/1/2019

**Action Requested to resolve your Complaint.**

I ask that I be given the benefit of consultation with the
Sports Medicine Specialist Dr. Sachi referred me to. And that
there be no retaliation for the filing of this grievance.

SVP Client Signature: _____   Date: _1/31/24_

**Grievance Response:**

The Dr. indicates this
surgery to be cosmetic in
nature and the Halth Service
does Not approve cosmetic surgery.
Grievance denied.

Grievance Investigator Printed Name/Signature: _____ WEHMOKEL/FA

Signature Authority: _____ WEHMOKEL/FA Date: _2-6-24_

MTC-Step 2

Revised 5/1/2019

Pg 56.

# Texas Civil Commitment Office
## Supervision Progress Report
Prepared by Kendrick Fennell
### For May, June, July 2023

---

Client: Timothy Gabriel Baiza
Date of Birth: 12/19/1979
Home Address: 2600 South Sunset Ave, Littlefield, Tx 79339
Treatment Provider(s): Clayton Morrow

---

Tier Level:  2

---

Contact with Treatment Provider:

- Monthly Staffing was held on 07/12/23. Present were CD Sandoval, CM Fennell, CM Lyon, CM Gonzales, CM Brito, CM Phauosoung, and CM Beltran. The following information was reported and discussed with CD Sandoval:
- **Additional Assessments:** He had an ACUTE assessment and a STABLE assessment completed on 09/29/22. There were no additional assessments were completed during the review period.
- **Individual Session:** Mr. Baiza had an individual session completed on 06/28/23.
- **Assignments/Participation:** CT advised that Mr. Baiza attends group as required and is respectful to others. He last completed attachment during childhood. He is working on his end of tier for tier 2 revisions.
- **Assignment Tracking:** Mr. Baiza is making adequate progress.
- **Recommendations for Improvement:** CT recommends that Mr. Baiza should Complete end of tier assignment and continue on with treatment goals.

- **Mental Health- Services**: Mr. Baiza is not on the mental health caseload for services.

Client Comments:


Case Manager Summary:

- **Office Visits with CM:** CM Fennell completed office visits on 05/04/23, 05/16/23, 06/02/23, and 07/24/23. During these visits, he discussed the following: cost recovery, monthly visit report form, assignments, peer led groups, study hall, volunteer list, , new medication, bone specialist for shoulder and bicep, quarterly progress report, collaterals, client concerns, living issues, and Walmart order.
- **Home Visits:** There were no home visits completed during the review period.
- **Status of sex offender registration:** DPS registration last verified on 08/08/2023 with Lamb County SO.
- **Texas ID card:** Mr. Baiza does have a state ID card; expires on 04/29/2027.
- **Tier:** Mr. Baiza is currently a Tier 2 client residing at TCCC 2600 South Sunset, Littlefield, Texas 79339, and has been since May 26, 2020.
- **Incident Reports:** Mr. Baiza has not received any incident reports during this review period.
- **Drug Screen:** Mr. Baiza was given a UA on 06/16/23; tests rendered negative results.
- **Polygraph:** Mr. Baiza's maintenance polygraph was completed on 09/24/22, and rendered no deception indicated. His next polygraph will be due September 2023.

Dist - Case Manager File
    Client
    Scan to CSS

Page 1 of 2

TCCO 24-16
Rev. 07/01/2020

Pg. 57