UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

TIMOTHY BAIZA,
Institutional ID No. 05687251

          Plaintiff,

v.

                                      No.  5:24-CV-00115-H

MANAGEMENT TRAINING
CORPORATION, *et al.*,

          Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made thorough findings, conclusions, and a recommendation (FCR) that this Court dismiss with prejudice all of Plaintiff's claims. Dkt. No. 18. Plaintiff filed objections. Dkt. No. 22.

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see* 28 U.S.C. § 636(b)(1). In contrast, the district judge reviews any unobjected-to findings, conclusions, and recommendations for plain error. The Court has examined the record and reviewed the unobjected-to portions of the FCR for plain error and, finding none, expressly accepts and adopts those portions of the Magistrate Judge's findings, conclusions, and recommendation, and dismisses Plaintiff's complaint and all claims alleged within it with prejudice.

Additionally, in light of Plaintiff's objections to the FCR, the Court has conducted a de novo review of the relevant portions of the FCR and the record in this case. Plaintiff's objections consist of restatements of the claims and arguments made in his complaint and questionnaire responses, arguments thoroughly addressed by the FCR, mere disagreements

with the Magistrate Judge's wording, or conclusory statements insisting that his claims have merit. The Court finds that the objections do not warrant revisiting, modifying, or rejecting the FCR. Plaintiff disagrees with the Magistrate Judge's conclusions, but he does not refute the factual or legal bases for his recommendation with relevant authority. Plaintiff has not shown that the Magistrate Judge erred in recommending dismissal of these claims. Thus, the objections are overruled, and the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The Court therefore orders:

1.     Plaintiff's complaint and all claims under 42 U.S.C. § 1983 are dismissed with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

2.     All relief not expressly granted is denied, and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated June 15, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge